IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SAGEBRUSH SOLUTIONS, LLC,  :  Case No. 3:12-mc-22

    Plaintiff,  :  District Judge Thomas M. Rose
                                                         Magistrate Judge Michael J. Newman

  -vs-

                                                  :

HEALTH MANAGEMENT SYSTEMS, INC.,

    Defendant.  :

## ORDER

This matter is before the Court on CareSource Management Group Co.'s ("CareSource") motion to quash the subpoena issued by Plaintiff Sagebrush Solutions, LLC ("Sagebrush"). Doc. 1. On November 7, 2012, the Court held a conference call in which counsel for CareSource, Sagebrush, and Health Management Systems, Inc. ("HMS") participated.

For good cause shown, it is hereby **ORDERED** as follows:

1) Sagebrush's memorandum in opposition to CareSource's motion to quash is due on **November 21, 2012**;

2) CareSource's reply is due on **November 28, 2012**;

3) The Court will hear oral arguments on this matter, by telephone, on **December 7, 2012 at 2:30 p.m.**; and

4) All deadlines imposed by Sagebrush's subpoena, *see* PageID 14, are **STAYED** pending further review and decision of this Court.

**IT IS SO ORDERED.**

November 7, 2012                                                        **s/Michael J. Newman**
                                                                          United States Magistrate Judge